IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

TOMAS MONSERRATE ROSADO

MILDRED HERNANDEZ SANCHEZ


XXX-XX-0535

XXX-XX-8849

Debtor(s)

CASE NO. 09-00462 ESL

Chapter 13

FILED & ENTERED ON 11/07/2011

## ORDER

Upon debtor(s)' reply (see docket entry #27), the motion to dismiss filed by Jose Ramon Carrion, Chapter 13 Trustee, docket entry #26 is hereby denied.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 07 day of November, 2011.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: DEBTOR
    ROBERTO FIGUEROA CARRASQUILLO
    JOSE RAMON CARRION MORALES